UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| THOMAS LEWIS CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:17-cv-00041 |
| ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court affirm the final decision of the Commissioner. (Doc. No. 17.) No timely objections have been filed. After de novo review, the Court agrees that the Administrative Law Judge's decision is supported by substantial evidence and not based on legal error. Blakley v. Comm'r of Soc. Sec., 581 F.3d 399, 405-06 (6th Cir. 2009) (citing Key v. Callahan, 109 F.3d 270, 273 (6th Cir. 1997)). The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 14) is **DENIED**. The final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE